AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BILLY REELS, and VICKY REELS,<br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:07-CV-191-D** |

**Decision by Court.**

  IT IS ORDERED AND ADJUDGED that the defendant's motion for summary judgment is GRANTED. Defendant's motion for sanctions is DENIED as moot. The Clerk is DIRECTED to close this case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 20, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Billy Reels<br>Vicky Reels<br>386 Silver Dollar Road<br>Beaufort, NC 28516 | J. Thomas Cox, Jr.<br>4020 Oleander Drive, Suite 4<br>Wilmington, NC 28403 |
| May 20, 2009<br>Date | DENNIS P. IAVARONE<br>Clerk of Court<br><br>/s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |